UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Shu Hua Qin,

    Plaintiff

v.

William Taylor, et al.,

    Defendants

2:16-cv-00189-JAD-NJK

**Order Remanding Case for Want of Subject-matter Jurisdiction**

Defendant William Taylor removed this unlawful-detainer action from the Las Vegas Justice Court to this court in February 2016 and seeks pauper status.[1] Taylor did not attach to his removal notice the documents from the state-court action as 28 U.S.C. § 1446(a) requires,[2] but he claims that this court's jurisdiction arises under 28 U.S.C. § 1443 because this is a civil-rights case and he is being deprived of due process.[3]

Because a defendant "cannot remove a state-law claim from state to federal court even if his defense is based entirely on federal law,"[4] I gave Taylor until October 7, 2016, to show cause why this case should not be remanded back to state court for lack of subject-matter jurisdiction. I warned Taylor that, if he did not "file a response to this order by that date or fail[ed] to demonstrate that federal subject-matter jurisdiction exists, this case w[ould] be remanded without further notice."[5]

October 7, 2016, came and went without any response to my OSC or a request to extend the deadline for response. Accordingly, because it appears that this court lacks subject-matter

---

[1] ECF No. 1.

[2] 28 U.S.C. § 1446(a) (explaining that the notice of removal must be filed "together with a copy of all process, pleadings, and orders served upon such defendant").

[3] ECF No. 1-1 at 3–4.

[4] *Hunter v. United Van Lines*, 746 F.2d 635, 639 (9th Cir. 1984).

[5] ECF No. 4.

jurisdiction over this justice-court eviction case and that removal was therefore improper,

IT IS HEREBY ORDERED that **this case is REMANDED back to the Justice Court, Las Vegas Township, Clark County, Nevada, Case No. 15E009327.** The Clerk of Court is directed to CLOSE THIS CASE.

IT IS FURTHER ORDERED that Taylor's Application to Proceed Without Prepaying Fees or Costs **[ECF No. 1] is DENIED as moot.**

Dated October 24, 2016

_____
Jennifer A. Dorsey
United States District Judge